UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22799-CIV-GOLD/MCALILEY

GREAT LAKES REINSURANCE (UK) PLC,

    Plaintiff,

v.

ALEJANDRO NIEVES, et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION TO SET ASIDE DEFAULT

THIS CAUSE comes before the Court on Defendant Nieves' Motion to Set Aside Default [DE 7] filed on April 29, 2008. In this Motion, Defendant represents that counsel for Plaintiff does not oppose this Motion and will dismiss this action without prejudice once the default has been set aside. At a telephonic status conference on May 23, 2008, counsel for Plaintiff represented that he would file a notice of voluntary dismissal probably the day after the Court vacates the default. Based on these representations, I grant the Motion and set aside the Clerk's entry of default against Defendant Nieves. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion to Set Aside Default [DE 7] is GRANTED. The Clerk's Entry of Default [DE 6] shall be set aside.

DONE AND ORDERED in Chambers in Miami, Florida this 22 day of May, 2008.

                                                                  THE HONORABLE ALAN S. GOLD
                                                                  UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record

From Chambers via U.S. Mail:
Alejandro Nieves
5390 N.W. 168th Terrace
Miami, FL 33055