UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22799-CIV-GOLD/MCALILEY

GREAT LAKES REINSURANCE (UK) PLC,

    Plaintiff,

v.

ALEJANDRO NIEVES, et al.,

    Defendants.
_____/

## ORDER DISMISSING ACTION; CLOSING CASE

THIS CAUSE comes before the Court on the Notice of Voluntary Dismissal [DE 11] filed by Plaintiff on May 29, 2008. As stated in this Notice, Plaintiff voluntarily dismisses this action without prejudice. Consequently, this case shall be closed and it is hereby

ORDERED AND ADJUDGED that

1.    This action is DISMISSED without prejudice.

2.    This case is CLOSED.

3.    All pending motions are DENIED as moot.

DONE AND ORDERED in Chambers in Miami, Florida this 3 day of June, 2008.

                                                  THE HONORABLE ALAN S. GOLD
                                                UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record